**Stephen N. DANIEL, Plaintiff— Appellant,**

v.

**VIRGINIA BEACH CORRECTIONAL CENTER; Virginia Beach Correctional Medical Department, Defendants—Appellees.**

No. 09–8117.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 10, 2011.

Decided: Feb. 1, 2011.

Stephen N. Daniel, Appellant Pro Se.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen N. Daniel appeals the district court's order dismissing Daniel's complaint for failure to demonstrate exhaustion of administrative remedies and noncompliance with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Daniel v. Va. Beach Corr. Ctr.*, No. 1:09–cv–00385–CMH–JFA (E.D.Va. Oct. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*